AO 440 (Rev. 10/93) Summons in a Civil Action

☐ **ORIGINAL**

# United States District Court

_Northern_ DISTRICT OF _Georgia_

Nancy Michlitsch

v.

General Electric Capital Corporation - Through:
CT Corporation System
1201 Peachtree St., N.E.
Atlanta, GA 30361
TO: (Name and address of defendant)
GECC
RA - CT Corporation System
1201 Peachtree St., NE.
Atlanta, GA 30361

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

1:07-CV-0008 **BBM**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JACK ROSENBERG, Attorney
Suite 1150, Lenox Center
3355 Lenox Road, N.E.
Atlanta, GA 30326

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**JAMES N. HATTEN**                               APR 24 2007

CLERK                                              DATE
_/s/ White_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.